UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:  HOWARD COHAN ADA CASES[1]


**HOWARD COHAN,**

    **Plaintiff,**

**v.**

| | |
|---|---|
| **SOUTHEASTERN HOTELS LIMITED PARTNERSHIP A FOREIGN LIMITED PARTNERSHIP doing business as QUALITY INN & SUITES GULF BREEZE ,** | Case No. 3:14cv393/MCR-EMT |
| **TROPICAL ISLE CONDOMINIUM OWNERS ASSOCIATION INC, A FLORIDA NON PROFIT CORPORATION doing business as TROPICAL ISLE CONDO,** | Case No. 3:14cv429/MCR-EMT |
| **SUMMER PLACE CONDOMINIUM OWNERS ASSOCIATION INC A FLORIDA NON-PROFIT CORPORATION doing business as SUMMER PLACE RESORT,** | Case No. 3:14cv434/MCR-EMT |
| **STERLING SANDS CONDOMINIUM OWNERS ASSOCIATION INC, A FLORIDA NON PROFIT CORP, doing business as STERLING SANDS,** | Case No. 3:14cv571/MCR-EMT |

---

[1] Several of the cases previously consolidated for purposes of the hearing have settled and are no longer reflected in this case caption.

| | |
|---|---|
| **OCEAN RITZ OWNERS ASSOCIATION INC**<br>doing business as<br>**OCEAN RITZ,** | Case No. 5:14cv209/MCR-EMT |
| **WILLIAM R GRANTHAM**<br>doing business as<br>**HOLIDAY TERRACE MOTEL,** | Case No. 5:14cv213/MCR-EMT |
| **GRIFFITTS INVESTMENTS LIMITED PARTNERSHIP, A FLORIDA LIMITED PARTNERSHIP** doing business as<br>**SUGAR SANDS INN & SUITES,** | Case No. 5:14cv218/MCR-EMT |
| **BIKINI BEACH MOTEL INC**<br>**A FLORIDA PROFIT CORPORATION**<br>doing business as<br>**BIKINI BEACH RESORT MOTEL,** | Case No. 5:14cv222/MCR-EMT |
| **MCLAUGHLIN BEACH TOWER RESORT MOTEL LLC**<br>**A FLORIDA LIMITED LIABILITY COMPANY**<br>doing business as<br>**BEACH TOWER RESORT MOTEL,** | Case No. 5:14cv253/MCR-EMT |
| **BRONWEN M DUKATE**<br>doing business as<br>**WISTERIA INN,** | Case No. 5:14cv254/MCR-EMT |
| **BONITA BEACH OWNERS ASSOCIATION INC**<br>**A FLORIDA NON PROFIT CORPORATION**<br>doing business as<br>**BONITA BEACH CONDOS,** | Case No. 5:14cv289/MCR-EMT |

**ISLANDER MOTEL LLC**  Case No. 5:14cv305/MCR-EMT
**A FLORIDA LIMITED LIABILITY COMPANY**
**doing business as**
**LA QUINTA INN & SUITES,**

    **Defendants.**
_____/

## ORDER

In each of the above-entitled cases, Plaintiff Howard Cohan seeks injunctive relief under Title III of the Americans with Disabilities Act, as amended, ("ADA"), 42 U.S.C. § 12181, *et seq*., alleging that Defendants operate places of public accommodation that are not ADA compliant. A two-day evidentiary hearing is currently scheduled beginning June 30, 2015, on issues of Plaintiff's standing and this Court's subject matter jurisdiction. Now pending are Plaintiff's motions in each of the above-listed cases to postpone the hearing or allow him to appear by telephone. Plaintiff represents that his impairments now confine him to his home and bed, and a note from his doctor confirms that he is unable to travel. Plaintiff also represents that the case could be decided based on the affidavits and materials already in the record.

In light of the Plaintiff's current medical condition, the Court will not require him to attend an evidentiary hearing at this time. Thus, the evidentiary hearing will be canceled, and instead, the Court will hear counsel's oral arguments on the issues of standing and subject matter jurisdiction.

Accordingly, Plaintiff's Motions to Postpone Court's June 30, 2015 and July 1, 2015 Hearing on Plaintiff's Standing to Sue and the Court's Subject Matter Jurisdiction, or in the Alternative to Allow Him to Appear Via Telephone in the above-entitled cases are **GRANTED in part** and **DENIED in part** as follows:

    1.    The scheduled evidentiary hearing is **CANCELED.** However, the Court will hear **oral arguments** by counsel on **Tuesday, June 30, 2015**, beginning at 8:30 a.m. Central Time in the United States Courthouse, Winston E. Arnow Building, 100 North Palafox Street, in Pensacola, Florida.

    2.    Plaintiff's presence is excused but counsel must appear in person.

    3.    Proceedings on Wednesday, July 1, 2015, are **CANCELLED**.

4. The Clerk is directed to file a copy of this Order in each of the above-entitled cases.

**DONE and ORDERED** on this 26th day of June, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**